Form a0ndfcfl

**United States Bankruptcy Court**
**Southern District of Ohio**
**221 East Fourth Street, Suite 800**
**Cincinnati, OH 45202–4133**

---

| | |
|---|---|
| In Re:    Tony Albert Mounce | Case No.: 1:21–bk–10047 |
|          Debtor(s) | Chapter: 13 |
| SSN/TAX ID:    xxx–xx–7316 | |

---

### NOTIFICATION OF DEFICIENCY

The following deficiency was noted in your filing:

☐ In order for this case to be administered, it is necessary to file a Chapter 13 Plan within 14 days from the filing date of your petition or within 14 days from the date of conversion to a chapter 13.

☐ The PDF document does not match the docket text. Please file an amended document. Re:

☐ For future reference, a should be filed using

☐ The attached PDF document is unreadable. Please file an amended document. Re:

☐ The PDF document appears to be filed in an incorrect case. Please withdraw the document and file in the correct case or file an amended document. Re:

☒ Other Deficiencies: **Transferor's Name On PDF Does Not Match Docket Text or Claimant Name on Claim. (Claim No. 5).**

Dated: August 16, 2021

                                        FOR THE COURT:
                                        Richard B. Jones
                                        Clerk, U.S. Bankruptcy Court