# United States Bankruptcy Court

Southern District of Ohio
Case No. 1:21-bk-10047
Chapter 13

In re: Debtor(s) (including Name and Address)

Tony Albert Mounce
5756 Shirl-Bar Circle
Milford OH 45150

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/13/2021.

Name and Address of Alleged Transferor(s):

Claim No. 5: BSI Financial Services, 1425 Greenway Drive, Suite 400, Irving, TX 75038

Name and Address of Transferee:

U.S. Bank Trust National Association
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/18/21

Richard B. Jones
**CLERK OF THE COURT**

United States Bankruptcy Court
Southern District of Ohio

In re:     Case No. 21-10047-bab
Tony Albert Mounce     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0648-1     User: ad     Page 1 of 1
Date Rcvd: Aug 16, 2021     Form ID: trc     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 20549848 | + BSI Financial Services, 1425 Greenway Drive, Suite 400, Irving, TX 75038-2480 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Gregory M. Wetherall | on behalf of Debtor Tony Albert Mounce Greg@CincinnatiBankruptcy.com julie@cincinnatibankruptcy.com;wetherallecf@gmail.com;officelr70728@notify.bestcase.com |
| Margaret A Burks | Cincinnati@cinn13.org |
| Martha R Spaner | on behalf of Creditor US Bank Trust NA ohbk@rslegal.com, rsbkecfbackup@gmail.com;reisenfeld@ecf.inforuptcy.com |

TOTAL: 4