**Fill in this information to identify the case:**

| | |
|---|---|
| **Debtor 1** | Tony Albert Mounce |
| **Debtor 2** | |
| **(Spouse, if filing)** | |
| **United States Bankruptcy Court for the:** | Southern District of Ohio |
| | **(State)** |
| **Case number** 1:21-bk-10047 | |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.  See bankruptcy rule 3002.1

**Name of creditor:** AITNO: U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust

**Court claim no.** (if known): 5

**Last four digits** of any number you use to identify the debtor's account:   7847

**Date of payment change:** 12/01/2021
Must be at least 21 days after date of this notice

**New total payment:** $808.91
Principal, interest, and escrow, if any

## Part 1:   Escrow Account Payment Adjustment

1.  **Will there be a change in the debtor's escrow account payment?**

    ☐ No

    ☑ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

    Current escrow payment:   $347.12        New escrow payment:   $407.81

## Part 2:   Mortgage Payment Adjustment

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

    ☑ No

    ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

    Current Interest Rate:                New interest rate:

    Current principal and interest payment:        New principal and interest payment:

## Part 3:   Other Payment Change

3.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    ☑ No

    ☐ Yes.   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect)

    Reason for change:

    Current mortgage payment:        New mortgage payment:

| Debtor 1 | Tony Albert Mounce | | | Case Number *(if known)* | 1:21-bk-10047 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐  I am the creditor.

☑  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗    /s/ Michelle R. Ghidotti-Gonsalves                                    Date  10/20/2021

    Signature

Print:         Michelle R. Ghidotti-Gonsalves            Title        Bankruptcy Attorney
              First name        Middle Name    Last name

Company      GHIDOTTI | BERGER LLP

Address        1920 Old Tustin Avenue
              Number              Street

              Santa Ana, CA 92705
              City              State      Zip Code

Contact phone      (949) 427-2010            Email:      bknotifications@ghidottiberger.com

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

TONY A MOUNCE
5756 SHIRL-BAR CIR
MILFORD OH  45150

Analysis Date: October 06, 2021                                                                     Final
Property Address: 5756 SHIRLBAR CIRCLE  MILFORD, OH 45150                           Loan: ▮▮▮▮▮▮

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from July 2021 to Nov 2021.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Dec 01, 2021: |
|---|---|---|
| Principal & Interest Pmt: | 401.10 | 401.10 |
| Escrow Payment: | 347.12 | 407.81 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $748.22 | $808.91 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Mar 01, 2020 |
| Escrow Balance: | (6,730.41) |
| Anticipated Pmts to Escrow: | 7,289.52 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $559.11 |

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 0.00 | (4,432.64) |
| Jul 2021 | | | | 1,571.85 * | County Tax | 0.00 | (6,004.49) |
| Aug 2021 | | 341.36 | | * | | 0.00 | (5,663.13) |
| Aug 2021 | | 341.36 | | * | | 0.00 | (5,321.77) |
| Sep 2021 | | 341.36 | | * | | 0.00 | (4,980.41) |
| Sep 2021 | | | | 1,750.00 * | Homeowners Policy | 0.00 | (6,730.41) |
| | | | | | Anticipated Transactions | 0.00 | (6,730.41) |
| Oct 2021 | | 6,942.40 | | | | | 211.99 |
| Nov 2021 | | 347.12 | | | | | 559.11 |
| | $0.00 | $8,313.60 | $0.00 | $3,321.85 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 0.00.  Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Analysis Date: October 06, 2021

Borrower: TONY A MOUNCE

Final

Loan: ▓▓▓▓▓

## Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 559.11 | 1,223.41 |
| Dec 2021 | 407.81 | | | 966.92 | 1,631.22 |
| Jan 2022 | 407.81 | | | 1,374.73 | 2,039.03 |
| Feb 2022 | 407.81 | 1,571.85 | County Tax | 210.69 | 874.99 |
| Mar 2022 | 407.81 | | | 618.50 | 1,282.80 |
| Apr 2022 | 407.81 | | | 1,026.31 | 1,690.61 |
| May 2022 | 407.81 | | | 1,434.12 | 2,098.42 |
| Jun 2022 | 407.81 | | | 1,841.93 | 2,506.23 |
| Jul 2022 | 407.81 | 1,571.85 | County Tax | 677.89 | 1,342.19 |
| Aug 2022 | 407.81 | | | 1,085.70 | 1,750.00 |
| Sep 2022 | 407.81 | | | 1,493.51 | 2,157.81 |
| Oct 2022 | 407.81 | 1,750.00 | Homeowners Policy | 151.32 | 815.62 |
| Nov 2022 | 407.81 | | | 559.13 | 1,223.43 |
| | $4,893.72 | $4,893.70 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.) Your escrow balance contains a cushion of 815.62.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 815.62 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 559.11.  Your starting balance (escrow balance required) according to this analysis should be $1,223.41.  This means you have a shortage of 664.30. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to do nothing.

We anticipate the total of your coming year bills to be 4,893.70.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Analysis Date: October 06, 2021

Borrower: TONY A MOUNCE

Final

Loan: ▇▇▇▇

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | 407.81 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $407.81 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

## CERTIFICATE OF SERVICE

On October 20, 2021, I served the foregoing documents described as Notice of Mortgage Payment Change on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR(S)
Gregory M. Wetherall                    Greg@CincinnatiBankruptcy.com

TRUSTEE
Margaret A Burks                        Cincinnati@cinn13.org

US TRUSTEE
US Trustee                              ustpregion09.ci.ecf@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll

On October 20, 2021, I served the foregoing documents described as Notice of Mortgage Payment Change on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| Debtor(s)<br>Tony Albert Mounce<br>5756 Shirl-Bar Circle<br>Milford, OH 45150 | |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll